"In the circumstances of this case, did the Appellate Court properly conclude that the plaintiffs failed to prove their aggrievement?"

The Supreme Court docket number is SC 15523.

*Marc S. Mandell*, in support of the petition.

*James C. McGuire*, in opposition.

Decided September 18, 1996

STATE LIBRARY *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

CITY OF NORWICH ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The petition by the plaintiff State Library for certification for appeal from the Appellate Court, 41 Conn. App. 641 (AC 14415/14416), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly conclude that the plaintiffs failed to prove their aggrievement?"

The Supreme Court docket number is SC 15522.

*Linsley Barbato*, assistant attorney general, in support of the petition.

*James C. McGuire*, in opposition.

Decided September 18, 1996

BRUCE CIRILLO ET AL., COADMINISTRATORS (ESTATE OF NICHOLAS J. CIRILLO) *v.* FREDERICK E. SARDO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 41 Conn. App. 664 (AC 14047), is denied.

*Jonathan J. Einhorn*, in support of the petition.

*S. Dave Vatti*, in opposition.

Decided September 18, 1996

JOHN DOE *v.* STATEWIDE GRIEVANCE COMMITTEE

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 671 (AC 14174), is granted, limited to the following issue:

"Did the Appellate Court properly conclude the failure of the statewide grievance committee to comply with the timing requirements of General Statutes § 51-90g (g) and Practice Book § 27J (i) deprives the court of subject matter jurisdiction over a complaint for attorney misconduct?"

The Supreme Court docket number is SC 15533.

*Darlene F. Reynolds* and *Elizabeth F. Collins*, in support of the petition.

*James A. Wade, Craig A. Raabe* and *Dina S. Fisher*, in opposition.

Decided September 18, 1996

DEWITT LEWIS ET AL. *v.* MICHAEL MATTEO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 41 Conn. App. 684 (AC 14029), is denied.

*Margaret J. Slez*, in support of the petition.

Decided September 18, 1996